IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

MONTELL FISHER,                        )
                                       )
                    Petitioner,        )
                                       )
v.                                     )    Case No. CIV-09-558-D
                                       )
EMMA WATTS, Warden,[1]                 )
                                       )
                    Respondent.        )

**O R D E R**

This matter is before the Court for review of the Report and Recommendation issued by

United States Magistrate Judge Gary M. Purcell pursuant to 28 U.S.C. § 636(b)(1)(B) on June 8,

2009. Judge Purcell recommends that the Petition for Writ of Habeas Corpus under 28 U.S.C.

§ 2241 be transferred to a proper venue pursuant to 28 U.S.C. § 1631.

The record reflects Petitioner has neither filed a timely objection to the Report nor requested

additional time to object. The Court finds Petitioner has waived further review of the transfer issue

and, therefore, adopts the Report and Recommendation [Doc. No. 5] in its entirety.

This action is transferred to the United States District Court for the Eastern District of

Oklahoma.

IT IS SO ORDERED this 30th day of June, 2009.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE

---

[1] The Court adopts the magistrate judge's determination of the proper respondent.